UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2008 MAY 20  AM 11: 43

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

-vs-

BYRAN S. MELTON

Case Number: 2:08-CR-33-FTM-34SPC

USM Number: 34530-018

Russell Rosenthal, FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation

The defendant admitted guilt to violation charge number(s) 1, 2 & 3 of the term of probation. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for marijuana | September 26, 2007 |
| 2 | Positive urinalysis for cocaine | April 24, 2008 |
| 3 | Failure to answer truthfully an inquiry from the probation officer | April 24, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/19/2008

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

May **20**, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Three (3) Months**. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the original Judgment entered on July 17, 2007 in the Middle District of Georgia.

| Total Assessment | Total Fine | Processing Fee |
|---|---|---|
| $25 | $350 | $25 |

All monetary penalties shall be paid to the Central Violations Bureau.

AO 245B (Rev. 6/05) Judgment in a Criminal Case